**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF AUGUST 25, 2015**
**WESTERN DISTRICT**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------------

| | |
|---|---|
| WD77660 | Elaina Marie Fulton vs. Jeffrey Jay Fulton |
| WD77695 | Kristine Rohr-Sheil vs. Brendon B. Sheil |
| WD77717 | Consolidated with WD77695 |
| WD77808 | Braulio C. Gomez vs. State of Missouri |
| WD77857 | Justin Berry as Next Friend of J.S.B. and O.R.B. |
| WD78488 | In the Interest of: N.M. and D.M.  Juvenile Officer vs. S.M. (Mother) and E.M. (Father) |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------------

| | |
|---|---|
| WD77581 | State of Missouri vs. Jason J. Brior |